PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Feb 02, 2021

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
)
Anthony Michael Durubio )
*also known as*
Anthony Michael Dirubio

Case No. 2:20CR00016-SAB-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Anthony Michael Durubio, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On June 11, 2020, Mr. Durubio was released from custody under conditions of pretrial release supervision. Additional condition number 28 of Mr. Durubio's release order requires him to be supervised by the U.S. Probation/Pretrial Services Office with the use of location monitoring equipment under home detention.

While under pretrial release supervision with the use of global positioning system (GPS) monitoring, Mr. Durubio successfully completed substance abuse treatment and has maintained employment. It should be noted that one petition alleging non-compliance with home detention was submitted to the Court on October 23, 2020. The Court took no action at that time.

Based on Mr. Durubio's compliance with his conditions of pretrial release supervision, the undersigned officer respectfully recommends additional condition number 28 be removed.

In addition, Mr. Durubio has expressed interest in attending mental health treatment to address issues of post traumatic stress disorder. Therefore, the undersigned officer respectfully recommends Mr. Durubio's conditions of pretrial release supervision be modified to include the following condition:

**Additional Condition**: The defendant shall participate in a mental health evaluation and participate in any recommended treatment.

The U.S. Attorney's Office had no objection to these modifications.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-29-21        _____  1-29-21
Signature of Defendant          Date        Pretrial Services/Probation Officer    Date

Anthony Michael Durubio                      Erik Carlson
*also known as*
Anthony Michael Dirubio
_____                      _____

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  23      1-30-21
Signature of Defense Counsel          Date

Jeffry Finer
_____

☒    The above modification of conditions of release is ordered, to be effective on  2-2-21

[ ]    The above modification of conditions of release is not ordered.

_____          2-2-21
Signature of Judicial Officer          Date

John T. Rodgers