Case 2:20-cr-00016-SAB    ECF No. 77    filed 04/14/21    PageID.201    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00016-SAB-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| ANTHONY MICHAEL DURUBIO, | |
| Defendant. | **MOTIONS GRANTED (ECF No. 75, 76)** |

Before the Court is Defendant's Expedited Motion to Modify Conditions of Release, **ECF No. 75**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to visit his mother in San Jose, California.

The Court finding good cause, **IT IS ORDERED** Defendant's motions, **ECF No. 75, 76,** are **GRANTED**. Defendant is permitted to travel to San Jose, California leaving May 6, 2021 and returning to the Eastern District of Washington on May 9, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 14, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1